NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**YANGZHOU BESTPAK GIFTS & CRAFTS CO., LTD.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**BERWICK OFFRAY LLC,**
*Defendant-Appellee.*

---

2012-1312

---

Appeal from the United States Court of International Trade in case no. 10-CV-0295, Senior Judge Judith M. Barzilay.

---

## ON MOTION

---

## ORDER

Yangzhou Bestpak Gifts & Crafts Co., Ltd. moves without opposition for an 8-day extension of time, until November 16, 2012, to file its reply brief.

YANGZHOU BESTPAK v. US                                                           2

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s21